1  Marc V. Kalagian
   Attorney at Law: 149034
2  Rohlfing & Kalagian, LLP
   211 E. Ocean Boulevard, Ste. 420
3  Long Beach, California 90802
   Tel.: (562) 437-7006
4  Fax: (562) 432-2935
   E-Mail: marckalagian_rohlfinglaw@hotmail.com
5
   Attorneys for Plaintiff
6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                    WESTERN DIVISION

11

12  WILLIAM BOYD,                )  Case No.: CV 08-0050 CW
                                 )
13            Plaintiff,         )  ORDER AWARDING EAJA FEES
                                 )
14  v.                           )
                                 )
15  MICHAEL J. ASTRUE,           )
    COMMISSIONER OF SOCIAL       )
16  SECURITY ADMINISTRATION,     )
                                 )
17                               )
            Defendant.           )
18  _____  )

19

20       Based upon the parties' Stipulation for the Award and Payment of Equal

21  Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to

22  Marc V. Kalagian, as Plaintiff's assignee and subject to the reservation of rights,

23  the amount of TWO THOUSAND THREE HUNDRED dollars ($2,300.00)  as

24  authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced

25  Stipulation.

26  DATE:   Nov. 20, 2008
                            /S/
27                  THE HONORABLE CARLA WOEHRLE
                    UNITED STATES MAGISTRATE JUDGE
28

-1-